**Johnie LONG v. STATE.**

No. 21502.

Court of Criminal Appeals of Texas.

March 19, 1941.

J. R. Porter, of Clarendon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in Donley County on a charge of driving an automobile while intoxicated, and assessed a penalty of fifty dollars and ninety days in jail.

Appeal was had to this court and he now files an affidavit asking that his appeal be withdrawn. Accordingly the same is ordered dismissed.

**Johnie LONG v. STATE.**

No. 21503.

Court of Criminal Appeals of Texas.

March 19, 1941.

J. R. Porter, of Clarendon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of driving an automobile upon a public highway while under the influence of intoxicating liquor, and the waiver of a trial by jury, the court assessed his penalty at a fine of $50 and imprisonment in the county jail for a period of ninety days.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

**J. H. BAXTER et al., Appellants, v. Ira AVANT, Appellee.**

No. 3796.

Court of Civil Appeals of Texas. Beaumont.

Feb. 17, 1941.

Rehearing Denied Feb. 19, 1941.

J. R. McDougald and D. L. Broadus, both of Beaumont, for appellants.

Fred A. White, of Port Arthur, for appellee.

WALKER, Chief Justice.

This appeal was prosecuted from a final judgment of the County Court of Jefferson County at Law, Jefferson County, Texas. Finding no error in the record, the judgment of the lower court is affirmed without written opinion. Texas & N. O. Ry. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.